**FORM B9B** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)     Case Number **10−14390 AJ 7**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Santa Rosa)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) Corporation listed below was filed on 11/15/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Northbay Real Estate Inc.
P. O. Box 11777
Santa Rosa, CA 95406

| Case Number:<br>10−14390 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>80−0136713 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Michael C. Fallon<br>Law Offices of Michael C. Fallon<br>100 E St. #219<br>Santa Rosa, CA 95404<br>Telephone number: (707) 546−6770 | Bankruptcy Trustee (name and address):<br>Linda S. Green<br>P.O.Box 5350<br>Santa Rosa, CA 95402<br>Telephone number: (707) 575−6112<br>Email: linda@greentrustee.net |

### Meeting of Creditors

Date: **December 22, 2010**      Time: **09:00 AM**
Location: **Office of the U.S. Trustee, 777 Sonoma Ave. #116, Santa Rosa, CA 95404**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>99 South "E" Street<br>Santa Rosa, CA 95404<br>Telephone number: 707−547−5900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 11/17/10 |

Case: 10-14390    Doc# 5    Filed: 11/19/10    Entered: 11/19/10 21:52:12    Page 1 of 3

# EXPLANATIONS

FORM B9B (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0971-1           User: klau                 Page 1 of 1                Date Rcvd: Nov 17, 2010
Case: 10-14390                 Form ID: B9B               Total Noticed: 8

The following entities were noticed by first class mail on Nov 19, 2010.
db           +Northbay Real Estate Inc.,    P. O. Box 11777,    Santa Rosa, CA 95406-1777
aty          +Michael C. Fallon,    Law Offices of Michael C. Fallon,    100 E St. #219,
               Santa Rosa, CA 95404-4606
smg           CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
ust          +Office of the U.S. Trustee / SR,    235 Pine Street,    Suite 700,    San Francisco, CA 94104-2736
11422002     +Dale Mayberry,    c/o Kreigm keller, Sloan, Reilly & Roman,    555 Montgomery Street, 17th Floor,
               San Francisco, CA 94111-2541
11422004     +Val D. Hornstein,    Hornstein Law Offices,    235 Pine Street, 13th Floor,
               San Francisco, CA 94104-2733
The following entities were noticed by electronic transmission on Nov 18, 2010.
tr           +EDI: BLSGREEN.COM Nov 17 2010 23:33:00      Linda S. Green,    P.O.Box 5350,
               Santa Rosa, CA 95402-5350
smg           EDI: EDD.COM Nov 17 2010 23:33:00      CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Nov 17 2010 23:33:00      Franchise Tax Board,    Bankruptcy Group,    P.O. Box 2952,
               Sacramento, CA 95812-2952
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11422001    ##+CRS Recovery,    c/o Charles Carreon,    Online Media Law, PLLC,    6161 East Pima Street, #1139,
               Tucson, AZ 85712-3067
11422003    ##+Dale Mayberry,    c/o Charles Carreon,    Online Media Law, PLLC,    6161 East Pima Street, #1139,
               Tucson, AZ 85712-3067
                                                                                              TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2010                     Signature: *[signed] Joseph Speetjens*